**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS RAMIREZ PEREZ,<br><br>         Petitioner,<br><br>    v.<br><br>KIM HOLLAND, Warden,<br><br>         Respondent. | Case No. EDCV 15-2290 BRO (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND**<br>**RECOMMENDATIONS OF UNITED**<br>**STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall
2    be entered dismissing this action with prejudice.

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this
5    Order and the Judgment herein on Petitioner and counsel for
6    Respondent.

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

10   DATED: March 27, 2017

                                        _____
                                        BEVERLY REID O'CONNELL
                                        UNITED STATES DISTRICT JUDGE