**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS RAMIREZ PEREZ,<br><br>                    Petitioner,<br><br>     v.<br><br>KIM HOLLAND, Warden,<br><br>                    Respondent. | Case No. EDCV 15-2290 BRO (SS)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 27, 2017

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE